NO. 142422 6



FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/4/2015 8:55:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **8th JUDICIAL DISTRICT COURT** |
| | § | |
| **KELLY RAY TADLOCK** | § | **HOPKINS COUNTY, TEXAS** |

### NOTICE OF APPEAL
### AND REQUEST FOR ASSISTANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Kelly Ray Tadlock, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against KELLY RAY TADLOCK.

Further, defendant would inform the Court that he/she was and is indigent, having been appointed counsel at the time of his trial. This defendant is requesting of the Court that counsel be allowed and appointed for the appeal of this cause.

Respectfully submitted,

*KELLY Ray TAdlock*

~~Jason Daniel Bass~~,
c/o HopkinsCounty Jail
226 Rosemont Street
Sulphur Springs, Texas 75482
(903) 438-4040

By: _____
Kelly Ray Tadlock
Pro Se

### CERTIFICATE OF SERVICE

This is to certify that on *March 3*, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Smith County, 100 N. Main St., c/o Hopkins County Courthouse, Sulphur Springs, Texas 75482, by U. S. Postal Service

mail, return receipt requested.

_Kelly Ray Tadlock_

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, judge of the trial court, certify in this criminal case that the defendant's appeal is not in a plea-bargain case, and the defendant has the right of appeal.

_____    _____ 3/3/2015 _____
Judge                                      Date Signed

("A defendant in a criminal case has the right of appeal to a court of appeals under these rules. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).)